

## United States District Court
## Eastern District of California

| Jeremiah Pearson |
| --- |

Plaintiff(s)

Case Number: | 2:25-cv-1270-WBS-SCR |
| --- |

V.

| Mondelez Global LLC |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Dean N. Panos hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Mondelez Global LLC

On 11/08/1990 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/16/2025        Signature of Applicant: /s/ Dean N. Panos

**Pro Hac Vice Attorney**

Applicant's Name:    Dean N. Panos

Law Firm Name:    Jenner & Block LLP

Address:    353 North Clark Street

City:    Chicago            State:    IL    Zip:    60654

Phone Number w/Area Code:    (312) 923-2765

City and State of Residence:    Western Springs, IL

Primary E-mail Address:    dpanos@jenner.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:    Alexander M. Smith

Law Firm Name:    Jenner & Block LLP

Address:    515 South Flower Street, Suite 3300

City:    Los Angeles            State:    CA    Zip:    90071

Phone Number w/Area Code:    (213) 239-2262        Bar #    295187

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  June 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE